379 A.2d 607

Commonwealth v. Sahonic, Appellant.

Submitted December 6, 1976. Frederick S. Wolf, and Beaver, Wolf & Harlan, for appellant; David J. Brightbill, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.